IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA MINIMALLY INVASIVE CARDIOVASCULAR SURGERY, INC., a California Medical Corporation, and RAMZI DEEIK, M.D., an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>NORTHBAY HEALTHCARE CORPORATION, a California public benefit corporation, and NORTHBAY HEALTHCARE GROUP, INC., a California public benefit corporation, and NORTHBAY HEALTHCARE MEDICAL GROUP, INC.,<br><br>    Defendants.<br>_____ / | No. C 15-06283 WHA<br><br>**ORDER EXTENDING BRIEFING SCHEDULE** |

Defendants filed a motion to dismiss on February 4 and noticed the hearing for March 31. The parties have filed a joint stipulation seeking to extend the deadline for plaintiffs' response by eleven days and to extend the deadline for defendant's by a further seven days. The parties' briefing schedule is hereby **APPROVED**, as follows. Plaintiffs' response shall be due on **FEBRUARY 29 AT NOON**. Defendants' reply shall be due on **MARCH 14 AT NOON**. The hearing scheduled for **MARCH 31** remains on calendar.

**IT IS SO ORDERED.**

Dated: February 16, 2016.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE