1   LATHAM & WATKINS LLP
    Christopher S. Yates, Bar No. 161273
2   James K. Lynch, Bar No. 178600
    Meaghan P. Thomas-Kennedy, Bar No. 303578
3   505 Montgomery Street, Suite 2000
    San Francisco, California  94111-6538
4   Telephone: +1.415.391.0600
    Facsimile: +1.415.395.8095
5   *chris.yates@lw.com*
    *jim.lynch@lw.com*
6   *meaghan.thomas-kennedy@lw.com*

7   Attorneys for Defendants NORTHBAY
    HEALTHCARE CORPORATION, NORTHBAY
8   HEALTHCARE GROUP, INC., and NORTHBAY
    MEDICAL GROUP (erroneously named as a defendant as
9   NORTHBAY HEALTHCARE
    MEDICAL GROUP, INC.)
10

11                  UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15  NORTHERN CALIFORNIA MINIMALLY          CASE NO. 3:15-cv-06283-WHA
    INVASIVE CARDIOVASCULAR
16  SURGERY, INC., a California Medical    ~~[PROPOSED]~~ STIPULATED ORDER
    Corporation, and RAMZI DEEIK, M.D., an CHANGING TIME
17  individual,
                                           Assigned to: The Honorable William Alsup
18                  Plaintiff,

19         v.

20  NORTHBAY HEALTHCARE
    CORPORATION, a California public
21  benefit corporation, NORTHBAY
    HEALTHCARE GROUP, INC., a
22  California public benefit corporation, and
    NORTHBAY HEALTHCARE MEDICAL
23  GROUP, INC.,

24                  Defendants.

25

26

27

28

The Court has reviewed the parties' Stipulated Request for Order Changing Time and the Declaration of Christopher S. Yates in support of same. The parties' stipulated request is GRANTED. The Court sets the following dates and deadlines:

| Thursday, March 31 | • Last day for parties to hold a conference pursuant to Fed. R. Civ. P. 26 <br> • Deadline for the parties to submit (a) ADR Certification and (b) either a Stipulation and (Proposed) Order Selecting ADR Process or a Notice of Need for ADR Phone Conference |
|---|---|
| Thursday, April 14 | • Deadline for the parties to submit a Joint Case Management Statement <br> • Deadline for initial disclosures pursuant to Fed. R. Civ. P. 26 |
| Thursday, April 21 | • Initial Case Management Conference and Hearing on Defendants' Motion to Dismiss |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _March 8, 2016._ _____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE