IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA MINIMALLY INVASIVE CARDIOVASCULAR SURGERY, INC., a California Medical Corporation, and RAMZI DEEIK, M.D., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHBAY HEALTHCARE CORPORATION, a California public benefit corporation, and NORTHBAY HEALTHCARE GROUP, INC., a California public benefit corporation, and NORTHBAY HEALTHCARE MEDICAL GROUP, INC.,<br><br>Defendants. | No. C 15-06283 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion.

**IT IS SO ORDERED.**

Dated: April 4, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE