1  JAROD BONA (SBN 234327)
2  BONA LAW PC
   4275 Executive Square, Suite 200
3  La Jolla, CA 92037
   Tel: (858) 964-4589
4  Fax: (858) 964-2301
5
   Attorney for Plaintiffs
6

7
                  UNITED STATES DISTRICT COURT
8                NORTHERN DISTRICT OF CALIFORNIA
9                    SAN FRANCISCO DIVISION

10

11 | NORTHERN CALIFORNIA              | Case No. 3:15-cv-06283-WHA
   | MINIMALLY INVASIVE               |
12 | CARDIOVASCULAR SURGERY,          | APPLICATION OF ADMISSION OF
13 | INC., a California Medical       | ATTORNEY AARON GOTT PRO
   | corporation, and RAMZI DEEIK,    | HAC VICE
14 | M.D., an individual,             | (CIVIL LOCAL RULE 11-3)
15 |                                  |
   |         Plaintiffs,              | Date:    April 18 2016
16 |     v.                           | Time:    2:00 p.m.
   | NORTHBAY HEALTHCARE              | Place:   Courtroom 8, 19th Floor
17 | CORPORATION, a California public | Judge:   The Hon. William Alsup
18 | benefit corporation, NORTHBAY    |
   | HEALTHCARE GROUP, INC., a        |
19 | California public benefit corporation, |
20 | and NORTHBAY HEALTHCARE          |
   | MEDICAL GROUP, INC.,             |
21 |                                  |
22 |         Defendants.              |

23

24     I, AARON GOTT, an active member in good standing of the bar of Minnesota,
25 hereby respectfully apply for admission to practice *pro hac vice* in the Northern
26 District of California representing Plaintiffs NORTHERN CALIFORNIA
27 MINIMALLY INVASIVE CARDIOVASCULAR SURGERY, INC. and RAMZI
28

DEEIK, M.D. (hereinafter "Plaintiffs") in the above-entitled action. My local co-counsel in this case is Jarod Bona, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 4275 Executive Square, Suite 200 La Jolla, CA 92037 | 4275 Executive Square, Suite 200 La Jolla, CA 92037 |
| MY TELEPHONE # OF RECORD: (858) 964-4589 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (858) 964-4589 |
| MY EMAIL ADDRESS OF RECORD: Aaron.gott@bonalawpc.com | LOCAL CO-COUNSEL'S EMAIL ADDRES OF RECORD: Jarod.bona@bonalawpc.com |

I am an active member in good standing of the Minnesota Supreme Court, as indicated above; my Minnesota State Bar number is: 0395382. A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare the foregoing is true and correct.

Dated: April 12, 2016                       */s/ Aaron Gott*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER GRANTING APPLICATION FOR ADMISSION
## OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application AARON GOTT of is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 13, 2016.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE