LATHAM & WATKINS LLP
Christopher S. Yates, Bar No. 161273
James K. Lynch, Bar No. 178600
Meaghan P. Thomas-Kennedy, Bar No. 303578
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*chris.yates@lw.com*
*jim.lynch@lw.com*
*meaghan.thomas-kennedy@lw.com*

Attorneys for Defendants NORTHBAY
HEALTHCARE CORPORATION, NORTHBAY
HEALTHCARE GROUP, INC., and NORTHBAY
MEDICAL GROUP (erroneously named as a defendant as
NORTHBAY HEALTHCARE
MEDICAL GROUP, INC.)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA MINIMALLY INVASIVE CARDIOVASCULAR SURGERY, INC., a California Medical Corporation, and RAMZI DEEIK, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>NORTHBAY HEALTHCARE CORPORATION, a California public benefit corporation, NORTHBAY HEALTHCARE GROUP, INC., a California public benefit corporation, and NORTHBAY MEDICAL GROUP,<br><br>Defendants. | CASE NO. 3:15-cv-06283-WHA<br><br>**STIPULATION TO CONSOLIDATE CASES AND [PROPOSED] ORDER**<br><br>Judge: The Hon. William Alsup |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONSOLIDATE
CASES AND [PROPOSED] ORDER
CASE NO. 3:15-CV-06283-WHA

1       WHEREAS, *Deeik v. NorthBay Healthcare Group, et al.,* Case No. FCS-045917 was filed in the Superior Court of Solano on September 4, 2015 (the "state case");

      WHEREAS, this case, *Northern California Minimally Invasive Cardiovascular Surgery Inc., et al., v. NorthBay Healthcare Corp.,* Case No. 3:15-cv-06283-WHA was filed in this district on December 29, 2015 and assigned to the Honorable William Alsup on January 21, 2016 ("this case");

      WHEREAS, during the April 21, 2016 case management conference in this case, the Honorable William Alsup requested that the parties meet and confer about consolidating the two cases;

      WHEREAS, consolidation of these cases would allow for the efficient adjudication of the disputes;

      **THE PARTIES HEREBY STIPULATE AND AGREE** as follows:

1. Plaintiffs will file an amended complaint in this case on or before May 15, 2016. The amended complaint will add Dr. Deeik's Health and Safety Code section 1278.5 claim—the sole claim pending in the state case. That claim will be asserted only on behalf of Dr. Deeik and set forth in a separate section of the amended complaint. Plaintiffs will also amend the allegations of their tortious interference with prospective economic advantage claim that was dismissed with leave to amend by an order dated April 19, 2016 (Dkt. 39).

2. With the consent of the court, Plaintiffs' time to file their amended complaint is extended until May 15, 2016;

3. Defendants agree not to seek dismissal of the Health and Safety Code section 1278.5 claim under Rule 12 of the Federal Rules of Civil Procedure once it is added to the amended complaint in this case;

4. Defendants agree that upon inclusion of the Health and Safety Code section 1278.5 claim in the amended complaint, that claim (and only that claim) shall be deemed to have been filed for statute of limitations purposes on the filing date of the state case, September 4, 2015;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION TO CONSOLIDATE
CASES AND [~~PROPOSED~~] ORDER
CASE NO. 3:15-CV-06283-WHA

5. Nothing in this stipulation shall be read as eliminating any affirmative defenses that Defendants may seek to assert to any of the counts Plaintiffs may bring in the amended complaint in this case, including the defense of statute of limitations with respect to the Health and Safety Code section 1278.5 claim;

6. Defendants agree that they will not seek fees and costs associated with the addition of Plaintiffs' Health and Safety Code section 1278.5 claim in this case under Rule 41(d) of the Federal Rules of Civil Procedure;

7. Defendants agree that they will not seek fees and costs in the Superior Court of Solano County as a result of Plaintiffs' voluntary dismissal of the state case; and

8. Within five (5) days of entry of this stipulation as an order of the Court, Plaintiffs will dismiss the complaint in the state case.

**IT IS SO STIPULATED.**

Dated: April 27, 2016                LATHAM & WATKINS LLP

By   /s/ Christopher S. Yates
     Christopher S. Yates
     James K. Lynch
     Meaghan P. Thomas-Kennedy
     505 Montgomery Street, Suite 2000
     San Francisco, CA 94111-6538
     Telephone: 415.391.0600
     Fax: 415.395.8095
     Email: chris.yates@lw.com

Attorneys for Defendants Northbay Healthcare Corporation, NorthBay Healthcare Group, Inc., and NorthBay Medical Group

Dated: April 27, 2016                BONA LAW PC

By   /s/ Jarod Bona
     Jarod Bona
     Aaron Gott
     4275 Executive Square, Suite 200
     La Jolla, CA 92037
     Telephone: 858.964.4589
     Fax: 858.964.2301
     Email: jarod.bona@bonalawpc.com

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION TO CONSOLIDATE
CASES AND [PROPOSED] ORDER
CASE NO. 3:15-CV-06283-WHA

1
2
3

Attorneys for Plaintiffs Northern California Minimally Invasive Cardiovascular Surgery, Inc., and Ramzi Deeik, M.D.

4   **ATTESTATION OF CONCURRENCE IN THE FILING**

5   Pursuant to Civil Local Rule 5-1(i)(3), I declare that concurrence has been obtained from

6   each of the above signatories to file this document with the Court.

7
/s/ Christopher S. Yates
CHRISTOPHER S. YATES

8
9   **[PROPOSED] ORDER**

10   PURSUANT TO STIPULATION, IT IS SO ORDERED.

11
12
13   Dated: April 28, 2016.

_____
Hon. William Alsup
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION TO CONSOLIDATE
CASES AND [PROPOSED] ORDER
CASE NO. 3:15-CV-06283-WHA