LATHAM & WATKINS LLP
Christopher S. Yates, Bar No. 161273
James K. Lynch, Bar No. 178600
Meaghan P. Thomas-Kennedy, Bar No. 303578
Claire A. Holton-Basaldua, Bar No. 302214
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*chris.yates@lw.com*
*jim.lynch@lw.com*
*meaghan.thomas-kennedy@lw.com*
*claire.holton-basaldua@lw.com*

Attorneys for Defendants NORTHBAY HEALTHCARE CORPORATION, NORTHBAY HEALTHCARE GROUP, INC., and NORTHBAY MEDICAL GROUP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA MINIMALLY INVASIVE CARDIOVASCULAR SURGERY, INC., a California Medical Corporation, and RAMZI DEEIK, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>NORTHBAY HEALTHCARE CORPORATION, a California public benefit corporation, NORTHBAY HEALTHCARE GROUP, INC., a California public benefit corporation, and NORTHBAY MEDICAL GROUP, INC.,<br><br>Defendants. | CASE NO. 3:15-cv-06283-WHA<br><br>[~~PROPOSED~~] **STIPULATED ORDER CHANGING TIME**<br><br>Assigned to: The Honorable William Alsup |

1   The Court has reviewed the parties' Stipulated Request for Order Changing Time to Answer Amended Complaint and the Declaration of Christopher S. Yates in support of same. The parties' stipulated request is GRANTED. The Court extends Defendants NorthBay Healthcare Corporation, NorthBay Healthcare Group, Inc., and NorthBay Medical Group, Inc. ("Defendants") deadline to answer Plaintiffs' Northern California Minimally Invasive Cardiovascular Surgery, Inc. and Ramzi Deeik ("Plaintiffs") Amended Complaint (ECF No. 48) to **June 17, 2016**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 2, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE