United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA MINIMALLY
INVASIVE CARDIOVASCULAR SURGERY,
INC., a California Medical Corporation, and
RAMZI DEEIK, M.D., an individual,

No. C 15-06283 WHA

Plaintiffs,

v.

NORTHBAY HEALTHCARE CORPORATION, a
California public benefit corporation, NORTHBAY
HEALTHCARE GROUP, INC., a California public
benefit corporation, and NORTHBAY
HEALTHCARE MEDICAL GROUP, INC.,

**ORDER APPROVING
STIPULATION AND
VACATING HEARING**

Defendants.
/

Defendants filed a discovery letter (Dkt. No. 61).  A hearing on that dispute is scheduled for November 9.  On November 4, the parties informed the Court they had reached an agreement regarding certain disputed issues and asked the Court to approve a stipulation reflecting that agreement (Dkt. No. 63).  Pursuant to the stipulation, defendants agreed to withdraw the pending discovery letter, but they request a further discovery conference on November 16.  The hearing on November 9 is **VACATED**, and parties' stipulation is **APPROVED**.

A two-hour meet-and-confer in the Court's jury room is scheduled for **10:15 A.M. ON NOVEMBER 16**.  The Court will hear any remaining issues at **12:15 P.M.**  Please file a new discovery letter stating the reason for the conference.  If it is to request deadline extensions, the conference will likely be canceled.

**IT IS SO ORDERED.**

Dated:  November 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE