United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA MINIMALLY INVASIVE CARDIOVASCULAR SURGERY, INC., a California Medical Corporation, and RAMZI DEEIK, M.D., an individual,

    Plaintiffs,

  v.

NORTHBAY HEALTHCARE CORPORATION, a California public benefit corporation, NORTHBAY HEALTHCARE GROUP, INC., a California public benefit corporation, and NORTHBAY HEALTHCARE MEDICAL GROUP, INC.,

    Defendants.

No. C 15-06283 WHA

**ORDER REQUESTING RESPONSE AND DENYING REQUEST TO APPEAR TELEPHONICALLY**

    Plaintiffs shall respond to defendants' discovery letter by **TOMORROW AT NOON**. Additionally, the courtroom telephone equipment does not make it feasible to conduct hearings over the telephone and, therefore, the Court must **DENY** the request by plaintiffs' counsel.

    **IT IS SO ORDERED.**

Dated: November 14, 2016.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE