IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA MINIMALLY INVASIVE CARDIOVASCULAR SURGERY, INC., a California Medical Corporation, and RAMZI DEEIK, M.D., an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>NORTHBAY HEALTHCARE CORPORATION, a California public benefit corporation, NORTHBAY HEALTHCARE GROUP, INC., a California public benefit corporation, and NORTHBAY HEALTHCARE MEDICAL GROUP, INC.,<br><br>   Defendants.<br>                                                                         / | No. C 15-06283 WHA<br><br>**NOTICE RE SANCTIONS MOTION** |

The Court has reviewed the status update filed by defendant (Dkt. No. 83). The Court is willing to consider hearing the motion for sanctions on an expedited schedule *only* after reviewing the briefs on that motion filed by January 6. The sanctions motion should be accompanied by a formal administrative motion to shorten time that gives plaintiffs an opportunity to respond to the request for an expedited schedule.

Dated: December 29, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE