IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA MINIMALLY INVASIVE CARDIOVASCULAR SURGERY, INC., a California Medical Corporation, and RAMZI DEEIK, M.D., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHBAY HEALTHCARE CORPORATION, a California public benefit corporation, NORTHBAY HEALTHCARE GROUP, INC., a California public benefit corporation, and NORTHBAY HEALTHCARE MEDICAL GROUP, INC.,<br><br>Defendants.<br>_____/ | No. C 15-06283 WHA<br><br><br><br><br><br><br>**REQUEST FOR RESPONSE** |

On January 6, plaintiffs filed a "Notice of Voluntary Dismissal with Prejudice" purporting to voluntarily dismiss the action with prejudice pursuant to Rules 41(a)(1)(A)(i) and 41(a)(1)(B). Defendants did not join in this notice.

By **JANUARY 10 AT NOON**, both sides shall please state whether this voluntary dismissal was part of an agreement by both sides, or whether it should be stricken as procedurally improper under Rule 41(a)(1)(A)(i) which allows for unilateral dismissal only "before the opposing party serves either an answer or a motion for summary judgment . . . ."

**IT IS SO ORDERED.**

Dated:   January 9, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE