1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
NORTHERN CALIFORNIA MINIMALLY
10   INVASIVE CARDIOVASCULAR SURGERY,
INC., a California Medical Corporation, and
11   RAMZI DEEIK, M.D., an individual,                    No. C 15-06283 WHA

12            Plaintiffs,

13      v.

14   NORTHBAY HEALTHCARE CORPORATION, a          **REQUEST RE**
California public benefit corporation, NORTHBAY   **DISMISSAL**
15   HEALTHCARE GROUP, INC., a California public
benefit corporation, and NORTHBAY
16   HEALTHCARE MEDICAL GROUP, INC.,

17            Defendants.
                                                    /
18

19          The parties should please file a *stipulated* notice of dismissal pursuant to Rule

20   41(a)(1)(A)(ii).

21          **IT IS SO ORDERED.**

22

23   Dated:   January 10, 2017.
                                          WILLIAM ALSUP
24                                          UNITED STATES DISTRICT JUDGE

25

26

27

28

*United States District Court*
For the Northern District of California